**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**COLUMBIA DIVISION**
**Civil Action No.: 3:22-cv-00515-MGL**

Mother Doe, Individually, and as next friend for John Doe (a minor child),

Plaintiff,

v.

Richland County School District Two,

Defendant.

**RULE 26(a)(2) EXPERT DISCLOSURE BY DEFENDANT RICHLAND COUNTY SCHOOL DISTRICT TWO**

**TO: Plaintiff and Plaintiff's Counsel of Record:**

Defendant Richland County School District Two submits the following designation of expert witness in the above referenced matter.

1. **Expert**

**Jackie G. Wernz**
**Thompson & Horton, LLP**
**500 N. Akard Street, Suite 3150**
**Dallas, Texas 75201**

A written report compliant with Fed. R. Civ. P. 26(a)(2)(B) prepared and signed by the above designated expert will be served on the Plaintiff today.

MURPHY & GRANTLAND, P.A.

*s/Jeffrey C. Kull*
Jeffrey C. Kull, Esquire (Fed. ID #7864)
Phillip Florence, Jr., Esquire (Fed. ID #06367)
P. O. Box 6648
Columbia, SC 29260
Phone: (803) 782-4100
Email: jkull@murphygrantland.com
*Attorneys for Richland County School District Two*

March 10, 2023